IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR341 - 1 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Jose Ricardo Razo | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Todd A. West, as a Criminal Justice Act Training Panel Member, to assist in the defense of Jose Ricardo Razo.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Todd A. West is hereby assigned to assist AFPD Michael J. Hansen in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Todd A. West shall not be eligible to receive compensation for his services in this case.

AFPD Michael J. Hansen shall continue to be primary counsel on behalf of the Defendant, Jose Ricardo Razo.

Dated: 1/22/2016

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge